WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
Attorney for Plaintiff

FILED'06 FEB 23 14:41 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **KATHI MOZZILLO,** | CV # 05-366-HA |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
| Defendant. | |

Attorney fees in the amount of $5,450.00 and expenses in the amount of $15.93 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $269.00 are awarded pursuant to 28 U.S.C. § 1920.

DATED this 23 day of Feb, 2006.

_____
United States District Judge

Submitted on February 21, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
Attorney for Plaintiff

ORDER - Page 1

Kathi Mozzillo
CIVIL ACTION NO. 05-366-HA

<u>Federal Court Expenses</u>:

    Filing and service postage for Plaintiff's Federal Court Complaint and Supporting Documents .................................. $14.87

    Filing postage for Plaintiff's Opening Brief ........................... $1.06

<u>Total Expenses</u>: **$15.93.**

<u>Federal Court Costs</u>:

    Federal Court filing fee ..................................... $250.00

    Copy costs for Plaintiff's Federal Court Complaint and Supporting Documents ................................................. $7.00

    Copy costs for Plaintiff's Opening Brief ............................ $12.00

<u>Total Costs</u>: **$269.00.**

SCHEDULE A - page 1
Attachment to court ORDER